[No. 11262. *En Banc.* January 16, 1914.]

THE STATE OF WASHINGTON, *on the Relation of Grant Smith & Company, Respondent,* v. THE CITY OF SEATTLE, *Appellant.*[1]

Appeal from a judgment of the superior court for King county, Albertson, J., entered April 25, 1913, in favor of the relators, in mandamus proceedings to compel the levy of a supplemental local improvement assessment. Reversed.

*James E. Bradford* and *Howard A. Hanson* (*James Kiefer,* of counsel), for appellant.

*Preston & Thorgrimson* and *Turner & Hartge,* for respondents.

### ON REHEARING.

PER CURIAM.—Upon a rehearing of this case by the court *En Banc,* the majority still adhere to the original opinion as found in 74 Wash. 438, 133 Pac. 1005, and for the reasons there given, are of the opinion that the judgment should be reversed.

[1]Reported in 137 Pac. 819.